THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE UNITED CONSTRUCTION COMPANY, Appellant, *v.* WILLIAM B. VOORHIES et al., Composing the Town Board of the Town of Rockland, Respondents.

*People ex rel. United Constr. Co.* v. *Voorhies,* 114 App. Div. 351, affirmed (Argued January 8, 1907; decided January 22, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 9, 1906, which dismissed a writ of certiorari and confirmed a determination of the defendants in rejecting a certain claim of the relator against the town of Rockland.

*Henry D. Merchant, Abel Merchant, Jr.,* and *Rollin B. Sanford* for appellant.

*Jacob M. Maybee,* and *George H. Carpenter* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.